HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA ELISARA, Administrator of the Estate of Iosia Faletogo, A.F., a minor individual; R.F., a minor individual;<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE, a municipal corporation; JARED KELLER, an individual; GARRET HAY, an individual; JOHN DOES 1-10;<br><br>Defendants. | No.   2:21-cv-00283-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST JARED KELLER AND GARRET HAY WITH PREJUDICE |

**STIPULATION**

Plaintiffs Lisa Elisara, as Administrator of the Estate of Iosia Faletogo, A.F. and R.F., minor individuals, hereby dismiss all claims and causes of action against Jared Keller and Garret Hay with prejudice as a matter of law. The parties further agree that each side shall bear its own costs and attorneys' fees in this matter.

STIPULATED MOTION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST JARED KELLER AND GARRETT HAY WITH PREJUDICE (2:21-cv-00283-BJR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1     IT IS SO STIPULATED this 9th day of September, 2021.

2   KRUTCH LINDELL BINGHAM JONES, PS   CHRISTIE LAW GROUP, PLLC

3

4 By   *s/ J. Nathan Bingham*          By   *s/ Megan M. Coluccio*
J. Nathan Bingham, WSBA #46325     Robert L. Christie, WSBA #10895
James T. Anderson, WSBA #40494      Megan M. Coluccio, WSBA #44178

5 Matthew K. Clarke (pro hac vice)       2100 Westlake Ave. N Ste. 206
3316 Fuhrman Ave. E, Suite 250       Seattle, WA 98109

6 Seattle, WA 98102                        Telephone: (206) 957-9669
Phone: 206-682-1505                    Facsimile: (206) 352-7875

7 Fax: 206-467-1823                        E-mail: bob@christielawgroup.com
Email: jnb@krutchlindell.com           megan@christielawgroup.com

8 JTA@krutchlindell.com                  Attorneys for Defendants Keller and Hay
mkc@krutchlindell.com

9 Attorneys for Plaintiff                 SEATTLE CITY ATTORNEY'S OFFICE
                                              PETER S. HOLMES

10

11                                    By   *s/ Rebecca Widen*
                                   Rebecca Widen, WSBA #57339

12                                   701 Fifth Avenue, Suite 2050
                                  Seattle, WA 98104-7097
                                  Telephone: (206) 684-8200

13                                   Facsimile: (206) 684-8284
                                  Email: Rebecca.Widen@seattle.gov

14                                   Attorneys for Defendant City of Seattle

15

16

17

18

19

20

21

STIPULATED MOTION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST JARED KELLER AND GARRETT HAY WITH PREJUDICE (2:21-cv-00283-BJR) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action against Jared Keller and Garret Hay are hereby dismissed with prejudice as a matter of law, with each side bearing its own costs and attorneys' fees.

Dated September 13, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST JARED KELLER AND GARRETT HAY WITH PREJUDICE (2:21-cv-00283-BJR) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669