HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA ELISARA, Administrator of the Estate of Iosia Faletogo, A.F., a minor individual; R.F., a minor individual;

Plaintiffs,

v.

THE CITY OF SEATTLE, a municipal corporation;

Defendants.

NO. 2:21-cv-00283-BJR

NOTICE OF SETTLEMENT

The parties hereby notify the Court that the parties have reached a proposed settlement, which is currently under review by a Guardian ad Litem appointed by the King County Superior Court on behalf of the decedent's minor beneficiaries. Upon completion of the Guardian ad Litem's report, Plaintiffs intend to petition this court for approval of the proposed settlement in accordance with SPR 19.16 and LCR 17. Following approval of the settlement, the parties will provide the Court with a stipulated motion and order for dismissal.

Respectfully submitted this 16th day of September, 2021.

NOTICE OF SETTLEMENT – 1
[2:21-cv-00238-BJR]

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E, Suite 250
Seattle, WA  98102
(206) 682-1505   FAX: (206) 467-1823

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, PS | SEATTLE CITY ATTORNEY'S OFFICE<br>PETER S. HOLMES |
| By: /s/ J. Nathan Bingham<br>    J. Nathan Bingham, WSBA #46325<br>    Email: jnb@krutchlindell.com | By: /s/ Ghazal Sharifi<br>    Ghazal Sharifi, WSBA #47750<br>    Email: ghazal.sharifi@seattle.gov |
| By: /s/ James T. Anderson<br>    James T. Anderson, WSBA #40494<br>    Email: jta@krutchlindell.com | 701 Fifth Avenue<br>Suite 2050<br>Seattle, WA 98104-7095<br>Telephone: (206) 684-8217<br>Facsimile: (206) 684-8284 |
| By: /s/ Matthew K. Clarke<br>    Matthew K. Clarke, *pro hac vice*<br>    Email: mkc@krutchlindell.com | *Attorney for Defendant City of Seattle* |
| 3316 Fuhrman Ave E<br>Suite 250<br>Seattle, Washington 98102<br>Telephone: (206) 682-1505<br>Facsimile: (206) 467-1823 | |

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT – 2
[2:21-cv-00238-BJR]

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E, Suite 250
Seattle, WA  98102
(206) 682-1505   FAX: (206) 467-1823

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner indicated a copy of the foregoing pleading and any other documents/pleadings filed along with this pleading upon the following persons:

| | |
|---|---|
| Ghazal Sharifi, WSBA #47750<br>Jeremy Wood, WSBA #51803<br>Rebecca Widen, WSBA #57339<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Telephone: (206) 684-8200<br>Fax: (206) 684-8284<br>ghazal.sharifi@seattle.gov<br>jeremy.wood@seattle.gov<br>rebecca.widen@seattle.gov<br>keton.handy@seattle.gov<br>jennifer.litfin@seattle.gov<br><br>*Attorneys for Defendant City of Seattle* | [ ] via U.S. Mail<br><br>[ ] via Fax<br><br>[X] via E-service<br><br>[ ] via Messenger |
| Robert L. Christie, WSBA #10895<br>Megan M. Coluccio, WSBA #44178<br>CHRISTIE LAW GROUP, PLLC<br>2100 Westlake Avenue N., Suite 206<br>Seattle, WA 98109<br>Telephone: (206) 957-9669<br>bob@christielawgroup.com<br>megan@christielawgroup.com<br>laura@christielawgroup.com<br><br>*Attorneys for Defendants Keller and Hay* | [ ] via U.S. Mail<br><br>[ ] via Fax<br><br>[X] via E-service<br><br>[ ] via Messenger |

Signed in Seattle, Washington on the 16th day of September, 2021.

/s/   Pia Kim
Pia Kim, Paralegal

NOTICE OF SETTLEMENT – 3
[2:21-cv-00238-BJR]

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E, Suite 250
Seattle, WA   98102
(206) 682-1505   FAX: (206) 467-1823