The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA ELISARA, Administrator of the Estate of Iosia Faletogo, A.F., a minor individual; R.F., a minor individual;<br><br>      Plaintiffs,<br><br> vs.<br><br>THE CITY OF SEATTLE, a municipal Corporation;<br><br>      Defendants. | No. 2:21-cv-00283-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE SGAL REPORT UNDER SEAL |

  This matter comes before the Court on Plaintiffs' unopposed motion to seal the report of the Settlement Guardian ad Litem, Sandra Bates Gay, based on the privacy interests of minors A.F. and R.F. (Dkt. No. 21). The Court finds that compelling reasons exist to seal this document. The report contains sensitive and confidential information about the children. The children's privacy interests outweigh the public's interest in access to this document, particularly in light of the availability of other documents in the record that disclose the terms of the settlement in this matter. Therefore, the Court GRANTS the motion to seal this document.

  Dated this 13th day of October, 2021.

                 s/Barbara J. Rothstein
                 Barbara J. Rothstein
                 U.S. District Court Judge

ORDER GRANTING PLAINTIFFS' MOTION TO
FILE SGAL REPORT UNDER SEAL - 1 2:21-
cv-00283-BJR