The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA ELISARA, Administrator of the Estate of Iosia Faletogo, A.F., a minor individual; R.F., a minor individual;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE, a municipal Corporation;<br><br>Defendants. | No. 2:21-cv-00283-BJR<br><br>[PROPOSED]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and THE CITY OF SEATTLE that all claims against Defendant may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

//

//

//

//

//

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:21-cv-00283-BJR

| | | |
|---|---|---|
| 1 | Dated: November 16, 2021 | KRUTCH LINDELL BINGHAM JONES, PS |
| 2 | | /s/ J. Nathan Bingham |
| 3 | | J. Nathan Bingham, WSBA #46325<br>Email: jnb@krutchlindell.com |
| 4 | | James T. Anderson, WSBA #40494<br>Email: jta@krutchlindell.com |
| 5 | | Matthew K. Clarke, *pro vac vice*<br>Email: mkc@krutchlindell.com |
| 6 | | 3316 Furhman Ave. E, Suite 250<br>Seattle, WA 98102 |
| 7 | | Telephone: (206) 682-1505 |
| 8 | | *Attorneys for Plantiffs* |
| 10 | Dated: November 16, 2021 | SEATTLE CITY ATTORNEY'S OFFICE<br>PETER S. HOLMES |
| 12 | | /s/ Ghazal Sharifi |
| 13 | | Ghazal Sharifi, WSBA #47750<br>Email: ghazal.sharifi@seattle.gov |
| 14 | | 701 Fifth Avenue, Suite 2050<br>Seattle, WA 98105-7095 |
| 15 | | Telephone: (206) 684-8217 |
| 16 | | *Attorney for Defendant* |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs' claims against THE CITY OF SEATTLE as described in the above Stipulation are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2021.

_____
THE HONORABLE BARBARA ROTHSTEIN

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:21-cv-00283-BJR

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823