The Honorable Barbara Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA ELISARA, Administrator of the Estate of Iosia Faletogo, A.F., a minor individual; R.F., a minor individual;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE, a municipal Corporation;<br><br>Defendants. | No. 2:21-cv-00283-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and THE CITY OF SEATTLE that all claims against Defendant may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

//

//

//

//

//

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:21-cv-00283-BJR

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | | |
|---|---|---|
| 1 | Dated: November 16, 2021 | KRUTCH LINDELL BINGHAM JONES, PS |
| 2 | | /s/ J. Nathan Bingham |
| 3 | | J. Nathan Bingham, WSBA #46325 |
| | | Email: jnb@krutchlindell.com |
| 4 | | James T. Anderson, WSBA #40494 |
| | | Email: jta@krutchlindell.com |
| 5 | | Matthew K. Clarke, *pro vac vice* |
| | | Email: mkc@krutchlindell.com |
| 6 | | 3316 Furhman Ave. E, Suite 250 |
| | | Seattle, WA 98102 |
| 7 | | Telephone: (206) 682-1505 |
| 8 | | *Attorneys for Plaintiffs* |
| 10 | Dated: November 16, 2021 | SEATTLE CITY ATTORNEY'S OFFICE |
| | | PETER S. HOLMES |
| 12 | | /s/ Ghazal Sharifi |
| 13 | | Ghazal Sharifi, WSBA #47750 |
| | | Email: ghazal.sharifi@seattle.gov |
| 14 | | 701 Fifth Avenue, Suite 2050 |
| | | Seattle, WA 98105-7095 |
| 15 | | Telephone: (206) 684-8217 |
| 16 | | *Attorney for Defendant* |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs' claims against THE CITY OF SEATTLE as described in the above Stipulation are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 17th day of November, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:21-cv-00283-BJR

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823